

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Thomas Paul Carroll, Appellant

No. 06-19-00261-CR     v.

The State of Texas

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 18310). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment (1) by replacing the phrase "JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL" with the phrase "JUDGMENT OF CONVICTION BY JURY," (2) to reflect that Carroll pled "not guilty" to the offense, (3) by deleting the phrase "Terms of Plea Bargain (if any): or □ Terms of Plea Bargain are attached and incorporated herein by this reference" and replacing it with the phrase "Verdict of Jury," and (4) by deleting the phrase "APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED." As modified, we affirm the judgment.

We note that the appellant, Thomas Paul Carroll, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 13, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk